# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Sikeithayan Marquez Terry  Docket No. 4:18-CR-64-3BO

### Petition for Action on Conditions of Pretrial Release

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Sikeithayan Marquez Terry, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 14th day of November, 2018.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As a condition of pretrial supervision, Terry was ordered to participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the probation office or supervising officer. On November 29, 2018, the defendant underwent a clinical assessment at Straight Walk Family Services in Rocky Mount, North Carolina. During the assessment, Terry expressed suicidal ideations resulting in a diagnosis of bipolar 1 disorder, current or most recent episode depressed, with psychotic features and was recommended to undergo medication management and outpatient therapy utilizing cognitive based therapy and motivational interviewing techniques. Inasmuch as the defendant acknowledged that he would benefit from participating in mental health treatment and signed a Waiver agreeing to modify the conditions of release to include mental health treatment, it is respectfully recommended that the defendant's conditions be modified accordingly.

**PRAYING THAT THE COURT WILL ORDER**

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Reviewed and approved,  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain  /s/ Taron N. Seburn
Michael C. Brittain  Taron N. Seburn
Supervising U.S. Probation Officer  U.S. Probation Officer
 201 South Evans Street, Rm 214
 Greenville, NC 27858-1137
 Phone: 252-830-2335
 Executed On: December 21, 2018

**Sikeithayan Marquez Terry**
**Docket No. 4:18-CR-64-3BO**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered on December 21, 2018 . It is further ordered that this document shall be filed and made a part of the records in the above case.

*Robert T. Numbers II*
_____
Robert T. Numbers, II
United States Magistrate Judge